*State, Respondent, v. Soto, Petitioner*, No. 92619-1. Petition for review of a decision of the Court of Appeals, No. 71907-6-I, November 16, 2015, 191 Wn. App. 1015. *Denied* April 27, 2016.

*State, Respondent, v. Jackson, Petitioner*, No. 92621-2. Petition for review of a decision of the Court of Appeals, No. 71547-0-I, November 16, 2015, 191 Wn. App. 1015. *Denied* April 27, 2016.

*State, Respondent, v. Weaver, Petitioner*, No. 92622-1. Petition for review of a decision of the Court of Appeals, No. 72648-0-I, November 16, 2015, 191 Wn. App. 1017. *Denied* April 27, 2016.

*Barlow Point Land Co., et al., Respondents, v. Keystone Props. I, LLC, Petitioner*, No. 92623-9. Petition for review of a decision of the Court of Appeals, No. 46080-7-II, September 9, 2015, 190 Wn. App. 1001. *Denied* April 27, 2016.

*State, Respondent, v. Lizarraga, Petitioner*, No. 92624-7. Petition for review of a decision of the Court of Appeals, No. 71532-1-I, December 7, 2015, 191 Wn. App. 530. *Denied* April 27, 2016.

*State, Respondent, v. Anguiano, Petitioner*, No. 92628-0. Petition for review of a decision of the Court of Appeals, No. 32718-3-III, October 13, 2015, 190 Wn. App. 1034. *Denied* April 27, 2016.

*Life Designs Ranch, Inc., et al., Petitioners, v. Sommer, Respondent*, No. 92629-8. Petition for review of a decision of the Court of Appeals, No. 32922-4-III, November 12, 2015, 191 Wn. App. 320. *Denied* April 27, 2016.

*State, Respondent, v. Roberts, Petitioner*, No. 92643-3. Petition for review of a decision of the Court of Appeals, No. 46386-5-II, November 24, 2015, 191 Wn. App. 1028. *Denied* April 27, 2016.